United States District Court
For The Eastern District of Michigan
Southern Division

Van Jenkins #172475
Plaintiff,

VS.

Access Securepak Company et. al.,
Mich. Dept. of Corrections
Defendants.

Case No. 19-CV-10738
Matthew F. Leitman
U.S. District Judge

POOR QUALITY ORIGINAL

FILED
APR 15 2019
U.S. DISTRICT COURT
FLINT, MICHIGAN

## Notice And Supporting Affidavit

1. The Plaintiff, Van Jenkins being duly sworn, do declare pursuant to the statutory Notary provisions of 28 U.S.C. 1746 do aver that the herein mentioned is the truth in parts and fact according to law, the United States Constitutional law of the 6th amendment, and to the best of my knowledge and belief, true, correct, certain, and not meant to mislead.

2. This Affidavit is made under pains and penalties of perjury according to the operations of the laws; this order to show cause was issued on the date of March 21, 2019 and the MDOC's Parnall Correctional Facility has failed to obey not only the Forma Pauperis court order but this order to show cause; plaintiff has previously filed his pleading for contempt of the Court's order, this is part of the reason.

3. That the U.S. District Court For The Western District of Missouri Judge, Nanette K. Laughrey stated in her order transferring case to the U.S. District Court For The Eastern District of Michigan on page 2, quote: "In light of the circumstances the Court believes it is best for the transferee district to address Plaintiff's pending motions," unquote, Case No. 19-4025-CV-C-NKL, dated: March 1, 2019. See 18 U.S.C. 1964 may need to return case back Missouri U.S. Dist. Court

4. One of these motions is the contempt of court with supporting exhibit(s) and motion for Appointment of Counsel, the MDOC has been Retaliating against witnesses for quite some time; upon them seeing that nothing is being did about these retaliatory obstructions in order to cause the case to be dismissed or alter the course of the proceeding 18 U.S.C. 1509 — they tend to continue to retaliate against the plaintiff.

5. In this instant case upon the order to show cause was shown to the Law Librarian Tech. S. Gebert to provide the Xerox copy service per 6th amendment to the U.S. Const. Right to Compulsory process to obtain witnesses in my favor — She refused

-1-

to make xerox copies of evidential statements of witnesses on documents that is to be used to show cause, and this retaliatory act is a genuine issue of material act, as they are withholding exculpatory evidence on the incident(s) in question.

6. Their policy do not require they not to make xerox copies; this requires for a Hearing on the order to show cause, where the parties are subpoenaed to court, as S. Gebert stated that she wants to speak to the court even though she knows about the order to show cause date deadline, this causing for plaintiff to become late in complying to the courts order.

7. This Access securepak Co. incident arose out of a very sensitive and serious case that the FBI was investigating as shown attached in the FBI letter - FOIPA request no. 1385889-000 Subject: Kirby, Charles whom was the Romulus police chief that the FBI investigated for operating an illegal enterprise involving Drug trafficking, prostitution and obstructions of Justice by producing false police reports. The FBI found a few correctional officers involved; it appears they all wants plaintiff incarcerated because plaintiff is experiencing obstructions in cases that were filed in court regarding his child whom

8. Was seized illegally by two Romulus police officers and wrongfully placed into foster care; a military female friend provided to plaintiff a private investigator, Roxanne Githage that authorized Mrs. Githage to investigate families whose children were illegally removed; the illegal enterprise found that plaintiff has a private investigator investigating the child custody case; plaintiff was wrongfully incarcerated; and now have been charged with the Felony nonsupport of the child.

9. This Access securepak Co. incident arose out of the above Romulus illegal enterprise incident; witnesses to these issues of or genuine issues of material facts are being detain that is in violation of 18 U.S.C. 1001 and requires this court to appoint Counsel from the Michigan Protection & Advocacy service, Inc. - website: www.mpas.org 42 U.S.C. 10850; See the Motion for Appointment previously filed. In this way this shall reduce many more obstructions to court proceedings. See medical documents.

10. If the court decide to inquire about the refusal of making witnesses' documents xerox copies, please contact the Warden Melinda Braman at (517)-789-6004. Contempt of court order to show cause shall be pursued.

4/1/2019
Date

Right thumb print →

Van Jenkins
Affiant's signature 28 U.S.C. 1746

-2-



U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

October 5, 2017

MR. VAN JENKINS
**172475
CARSON CITY CORRECTIONAL FACILITY
10274 BOYER ROAD
CARSON CITY, MI 48811

FOIPA Request No.: 1385889-000
Subject: KIRBY, CHARLES

Dear Mr. Jenkins:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIPA number listed above has been assigned to your request.

You have requested records concerning Police Chief Charles Kirby. The FBI recognizes an important privacy interest in the requested information. To continue processing your request regarding a third party, submit one of the following: (1) an authorization and consent from the individual(s) (*i.e.*, express authorization and consent of the third party); (2) proof of death (*i.e.*, proof that your subject is deceased); or (3) a justification that the public interest in disclosure outweighs personal privacy (*i.e.*, a clear demonstration that the public interest in disclosure outweighs personal privacy interests). In the absence of such information, the FBI can neither confirm nor deny the existence of any records responsive to your request, which, if they were to exist, would be exempt from disclosure pursuant to FOIA Exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C).

Express authorization and consent. If you seek disclosure of any existing records on this basis, enclosed is a Certification of Identity form. You may make additional copies of this form if you are requesting information on more than one individual. The subject of your request should complete this form and then sign it. Alternatively, the subject may prepare a document containing the required descriptive data and have it notarized. The original certification of identity or notarized authorization with the descriptive information must contain a legible, original signature before FBI can conduct an accurate search of our records.

Proof of death. If you seek disclosure of any existing records on this basis, proof of death can be a copy of a death certificate, Social Security Death Index, obituary, or another recognized reference source. Death is presumed if the birth date of the subject is more than 100 years ago.

Public Interest Disclosure. If you seek disclosure of any existing records on this basis, you must demonstrate that the public interest in disclosure outweighs personal privacy interests. In this regard, you must show that the public interest sought is a significant one, and that the requested information is likely to advance that interest.

Fax your request to the Work Process Unit at (540) 868-4997, or mail to 170 Marcel Drive, Winchester, VA 22602. If we do not receive a response from you within 30 days from the date of this letter, your request will be closed. You must include the FOIPA request number with any communication regarding this matter.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c). As such, this response is limited to those records, if any exist, that are subject to the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

For questions on how to reasonably describe your request, please email us at foipaquestions@fbi.gov. You may also visit www.fbi.gov and select "Services," "Records Management," and "Freedom of Information/Privacy Act" for additional guidance.

Enclosed for your information is a copy of the FBI Fact Sheet and a copy of the Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s)

Request for a copy of the below DVD audio DISK of the illegal traffic stop that occurred on May 13, 2013 by addressing:

I-Cop,
Securing your community,
16801 West 116th Street
Lenexa, Kansas 66219 USA
Tel: support: (866)-621-5500

# EXHIBIT B

Video clip: D:// 03h44m 32s - 10s tn. day
Vehicle I.D. No. LPD 02
User I.D. No. 703
Start Date: 05/13/13
Start time: 03:44:30
GPS Longitude invalid
GPS Latitude invalid

## I-Cop Video

Susan T. Curtis, Dept Analyst 6/5/15



Prisoner Name: Van Jenkins
Prisoner Number: 172475
PARNALL CORRECTIONAL FACILITY
1790 E. Parnall Rd.
Jackson, MI 49201-7139

Holly A. Monda
Case manager
U.S. District court for
The Eastern District of Michigan
231 West Lafayette Blvd.
Detroit, MI 48226