22

Van Jenkins
Reg. No. 172475
1780 East Parnall Road
Jackson, Mich. 49201-7139

POOR QUALITY ORIGINAL

Hon. R. Steven Whalen
Bar No. P26700
U.S. Magistrate Judge
U.S. District Court
Eastern District of Michigan
231 West Lafayette Blvd., Room 673
Theodore Levin U.S. Courthouse
Detroit, Mich. 48226

8/12/2019

F I L E D
AUG 21 2019
CLERK'S OFFICE
DETROIT

RE: Jenkins V. Access Securepak, Co., & MDOC
Case No. 19-10738 Request For Investigation

Hon. Honor

This matter is before you due to ongoing retaliations being committed by the Defendants in order to get the court to dismiss the lawsuit against them. It has come to be dangerous, where plaintiff has a disability/disorder being aggravated by the defendants to cause plaintiff demise, to verify this, there are doctors of the University of Michigan Hospital hold evidence and the Dept. of Civil Rights Regulatory Agency hold evidence being investigated.

I have enclosed a copy of the complaint with the assigned enumeration of Jenkins V. Mich. Dept. of Corrections case No. 497386, person of contact is Monique Cottrell at: email: cottrellm@michigan.gov.

We are requesting for an order to stop these ongoing retaliations being committed by the Defendants. Where serious medical misdiagnosis and treatment is being conducted and legal property is being confiscated. An immediate order to stop these retaliatory crimes, 18 U.S.C. 1513 & 18 U.S.C. 1512(c). Your prompt attention to these serious matters is greatly appreciated.

8/12/2019
Date

Van Jenkins
Affiant's signature 28 U.S.C. 1746

United States District Court
For The Eastern District of Michigan
Southern Division

Van Jenkins #172475
Plaintiff,

Case No. 19-10738

V S.

Hon. R. Steven Whalen
Bat. No. P26 700
United States Magistrate

Access Securepak Company &
Michigan Dept. of Corrections
Defendant(s).

## Notice of Court Obstructions under Investigation By Regulatory Agency - Dept of Civil Rights with Affidavit

1. The plaintiff, Van Jenkins, as Affiant do certify pursuant to 28 u.s.c. 1746 that the contents herein are true, correct, certain complete and not meant to mislead under the pains and penalties of perjury and bearing no false witness so help me God. And I, Affiant further make Explicit Reservation of all Rights in accord with UCC section 1-207.

2. On the date of March 19, 2019 your Honor granted Plaintiff's Application to proceed Without prepayment of the filing fee for this action, 28 u.s.c. 1915(a)(1). The Defendants have committed Violations pursuant to 18 u.s.c. 1001 it was found by plaintiff that the SMT Business Manager, Mr. Morrell concealing account Records of the Itemized Account Statement(s) of the institutional Job assignment payroll for skill worker in accordance with policy and the attached Food Service Industry Certificate, that will allow plaintiff to pay court cost and fees, prisoner Accountant D. Miller and K. Boyd refused to disclose these Job assignment payroll records to be provided to this court;

3. Where prison officials fail/or refuse to disclose the Prisoner's Trust Account work assignment records as required pursuant to the Forma pauperis statutory provisions; the court is able to perform the mathematical formula of 28 u.s.c. 1915(b)(1) procedures a result of zero, the 10-dollar/20 percent rule of 28 u.s.c. 1915(b)(1) assessment is made, To conseal these records from the court is a federal offense, see 18 u.s.c. 1512(c) and is obstructing the court's process 18 u.s.c. 1509.

4. The statutory provisions do not require Plaintiff's Lawsuit to be dismissed when the payment of an assessment has been delayed, even the job assignment records delayed or concealed by the prison officials. A prisoner cannot be penalized when prison officials fail to promptly pay an assessment or court cost and fees, see McGore V. Wrigglesworth, 114 F.3d 601.

5. Just recently, plaintiff was placed on medical quarantine being absent from Institutional job assignment requiring medical back pay according to policy. This was addressed to the facility's classification Director, MrS. J. Hartwig as the previous medical back pay matter as dated 2-5-2019 was filed with no back pay rendered to enable plaintiff to pay court cost and fees. Plaintiff have reasons to believe that the classification Director will not order the medical quarantine absences from institutional job assignment be paid and require court order.

6. The MDOC's officers had damaged Plaintiff's Footlocker where the carson city corrections facility placed a legal footlocker on order as dated 31/7/2018 and have not provided or delivered this footlocker as of or to this date 2019 August. This causes a number problems of confiscating legal property claiming excessive legal property, and not returning this legal property having varience on this case before the court, see attached N.O.I. on footlocker.

7. Further Retaliatory activities being committed by the Defendants during the pendency of this Law suit is as follows; store items were ordered and paid for by plaintiff as shown attached code No. 1169 Gucci Inspired Body Wash, this product contains some kind of acid that burned plaintiff's neck and burn thickening of facial skin. Efforts are being made for physical and mental examination at the university of Michigan Hospital to be ordered.

8. The plaintiff encountered some kind of stomach virus from consuming food from the facility's dinning Room, plaintiff made efforts to purchase pepmo Bismuth Liquid as shown attached, The store bag came where a bag of Jalapeno chips were opened showing a hand had went into the bag eating chips and placed it in the plastic bag heat sealed with other store items. A hole shown on the bag where the pepmo Bismuth was taken out, This item was credited back to plaintiff's prison account, It was then taken to pay institutional debt where policy(s) prohibit taking credited pay & that $11.00 must remain for the mouth for hygiene and Health care items.

— 2 —

9. Plaintiff had to file to the Regulatory Agency, the Department of Civil Rights to prevent further obstructions and retaliations, see the attached complaint where, Monique Cottrell is the Representative holding evidence and where investigation is being conducted on these matters addressed to this court.

10. The pattern of non disclosure of evidential documents has been committed by the Livonia Police Dept. detaining Bond(s) of plaintiff bearing $5,000,000 obstructing payment of court costs and fees; the Third Judicial circuit court refusing to disclose child support & warrant records and the MDOC refusing to disclose Job assignment payroll record(s), now its Chase/Bank as shown attached failing to disclose financial records to provide to this court. As it is plaintiff's duty by law to interm this court on these finanical matters where this is obstructing the court.

11. Under plaintiff's Access Securepak Co's prisoned store I.D.No. 135736 to order store items, a number of people made efforts to place securepak orders that were obstructed and due processed by the Access securepak co. this can be shown by accessing for pass store order(s) of 2019 under the above cited I.D. Number. This information of these store orders and the prisoner's trust account statement of Job assignment payroll disclosing skills pay or unskills having evidence as to whether prisoner was paid skills pay due to the attached certificate or unskills pay to enable plaintiff to pay court costs and fees, the failure to disclose the information for the court to properly perform the mathematical formula of 28 U.S.C. 1915 (b)(1) is a contempt of the court's order of March 19, 2019.

12. In re contempt of Stone, 154 Mich. App. 121 & 6th Amend. to the U.S. const., a Reporter was held in contempt for his failure to surrender Videotapes to the grand Jury in accordance with a subpoena, 28 U.S.C. 2521 the Plaintiff have a Right to compulsory process in obtaining witnesses in his favor.

Wherefore, Plaintiff request that this court issue an order to stop these ongoing retaliations, including causing hardships until this case is resolved in this court where plaintiff can order hygiene/health care store items with medical proper treatment.

(Right hand fingerprint →)

8/13/2019
Date

—3—

Nan Jenkins
Affiant's signature 28 U.S.C. 1746

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Van Jenkins, 172475,

Plaintiff,

Case No. 19-10738

v.

Judge Matthew F. Leitman

Access Securepak Company et al,

Magistrate Judge Patricia T. Morris

Defendant(s).

_____/

**ORDER WAIVING PREPAYMENT OF THE FILING FEE AND
DIRECTING PERIODIC SUBSEQUENT PAYMENTS OF THE FILING FEE**

The Court has reviewed plaintiff's financial affidavit, certified account statement or its equivalent, and signed authorization to withdraw funds. Having considered these items, the Court **GRANTS** plaintiff's application to proceed without prepayment of the filing fee for this action. 28 U.S.C. § 1915(a)(1).

Plaintiff, a prisoner, must pay the full filing fee for this civil action. 28 U.S.C. § 1915(b)(1). The Court must assess and, if funds exist, collect an initial partial filing fee consisting of twenty percent (20%) of the greater of (1) the average monthly deposits to plaintiff's account, or (2) the average monthly balance in plaintiff's account for the preceding six (6) months. Id. The initial partial filing fee in this case is **$0.00.** Plaintiff must make monthly payments of twenty percent (20%) of the preceding month's income credited to plaintiff's account. 28 U.S.C. § 1915(b)(2).

Accordingly, because insufficient funds exist in plaintiff's account to collect an initial partial filing fee, the Court **ORDERS** the agency having custody of plaintiff to forward to the Clerk of the Court, on a monthly basis if funds are available, twenty percent (20%) of the preceding month's income credited to plaintiff's account. The Court will notify the agency having custody of plaintiff when plaintiff has paid the entire filing fee of **$350.00.** The Court has attached to this order a copy of plaintiff's authorization to withdraw funds from plaintiff's trust fund account.

Date: __March 19, 2019__

s/R. Steven Whalen
R. Steven Whalen
United States Magistrate Judge

---

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served upon Plaintiff on the date indicated below by first class mail.

Date: __March 19, 2019__

s/L.Granger
Deputy Clerk



GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF CIVIL RIGHTS
DETROIT

DR. AGUSTIN V. ARBULU
DIRECTOR

July 25, 2019

Van Jenkins #172475
1780 East Parnell Road
Jackson, MI 49201

RE : MDCR #: 497386
    Complaining Party: Van Jenkins #172475
    Responding Party: Michigan Department of Corrections

Dear Mr. Jenkins #172475:

Enclosed is your formal complaint form. In the presence of a Notary Public, please date and sign the form at the bottom where it says "Signature of Charging Party / Claimant". **Except for your signature, please do not write on this form.**

If changes or corrections are necessary, notify me and a corrected complaint form will be mailed to you.

**I must receive your signed and notarized complaint by August 4, 2019, or I will assume you do not wish to pursue this matter.**

If you have any questions, please contact me.

Sincerely,

*Concealing Legal Records in violation of 18 U.S.C. 1001*

Monique Cottrell
Customer Service Representative
phone: (313) 456-6898
fax:    (313) 456-3701
email: cottrellm1@michigan.gov

Enclosures

| Authority: | Acts 453 and 220, P.A. of 1976, as amended. | STATE OF MICHIGAN | MDCR # | 497386 |
| Completion: | Required | DEPARTMENT OF CIVIL RIGHTS | | |
| Penalty: | Allegations of unlawful discrimination cannot be investigated without a sworn complaint. | **COMPLAINT** | FED. # | |

| CLAIMANT | RESPONDENT |
|---|---|
| Mr. Van Jenkins #172475 | Michigan Department of Corrections |

| ADDRESS | ADDRESS |
|---|---|
| 1780 East Parnell Road<br>Jackson, MI 49201 | Grandview Plaza Building, 1st Floor<br>P.O. Box 30003<br>Lansing, MI 48909 |

| TELEPHONE | TELEPHONE (517) 373-3030 |
|---|---|

| Area of Discrimination: **Public Accom / Service** | Date of Discrimination: **July 8, 2019** |
|---|---|

**Statement of Alleged Discrimination:**

I am an African American person with a disability and allege I am being denied an accommodation and treated different most recently on July 8, 2019, due to my race, disability and in retaliation for lodging an internal grievance most recently on July 5, 2019.

I am incarcerated in Respondent's Parnall Correctional Facility located at 1780 East Parnall Road, Jackson, MI 49201.

**Other terms & conditions**          **07/08/2019**          **Disability , Race , Retaliation**

Since 2018, until most recently on July 8, 2019, I was subjected to other terms and conditions by Respondent's predominately Caucasian officers and medical staff. I have been denied the ability to utilize the law library services, my employment pay miscalculated and trust accounts have been mismanaged; and, I most recently was quarantined. I believe I was treated differently because of my race, disability and in retaliation for previously engaging in a protected activity.

**Failure to accom. disability**          **07/08/2019**          **Disability**

Since 2018, until most recently on July 8, 2019, I have requested accommodations for my disability and have been denied. I allege I received inadequate medical treatment. I have been denied a physical and mental examination, medical dietary needs are not followed and I have not received any relief for my complaints regarding adverse side-effects from my prescribed medications which were administered by Respondent's medical staff. I believe my disabilities were factors in being denied reasonable accommodations.

This complaint is based on the following law:

Elliott-Larsen Civil Rights Act No 453, Public Act of 1976, as amended

Michigan Persons with Disabilities Act No. 220, Public Acts of 1976, as amended

---

| I swear or affirm that I have read the above complaint and that it is true to the best of my knowledge, information and belief. I have notified the department of all other civil or criminal actions pending with regard to the allegations in this complaint. | Subscribed and sworn to before me<br>This _30th_ day of _July_ , _2019_<br>at _Jackson_ , Michigan<br>My Commission expires (dd/mm/yyyy) _Vera R. Conerly_ |
|---|---|
| *Van Jenkins*<br>SIGNATURE OF CHARGING PARTY / CLAIMANT | VERA R. CONERLY<br>SIGNATURE OF NOTARY PUBLIC, STATE OF MI<br>NOTARY PUBLIC STATE OF MI<br>COUNTY OF JACKSON |
| Complaint Taken by: _Monique Cottrell_ | MY COMMISSION EXPIRES Nov 23, 2019<br>ACTING IN COUNTY OF<br>Commissioned in _____ County. |

CR 405 (rev. 04-05)                                                                                                    Page 1 of 1



**STATE OF MICHIGAN**
**DEPARTMENT OF CIVIL RIGHTS**
DETROIT

GRETCHEN WHITMER
GOVERNOR

DR. AGUSTIN V. ARBULU
DIRECTOR

July 25, 2019

Van  Jenkins #172475
1780  East Parnell Road
Jackson, MI 49201

MDCR Contact #  497386
Van  Jenkins #172475 v Michigan Department of Corrections

---

### Request for First Class Mail Delivery

**I request that the Michigan Department of Civil Rights send all documents to me via first-class mail to the address I provided.**  I understand I should receive first-class mail within ten days after it is mailed.

I am aware that Michigan Civil Rights Commission Rules may require sending me certified mail, return receipt requested.  However, this type of mailing requires someone be present to sign for the mail at the time of delivery.  For my convenience, I waive certified mailings and request documents be sent to me by first-class mail to the address I have identified.

I understand that if I change my mind, I will notify the Michigan Department of Civil Rights in writing to send required documents by certified mail, return receipt requested. The MDCR will notify me in writing when this change has been processed.

---

**By signing and returning this Request to the Michigan Department of Civil Rights, I agree to receive my mail by first-class mail.**

Signature _Van Jenkins_      Date _7/30/2019_

**Please mail this form to:**

Monique Cottrell
CADILLAC PLACE,  SUITE 3-600
3054 WEST GRAND BOULEVARD
DETROIT, MI  48202

Phone  : (313) 456-6898
FAX     : (313) 456-3701
Email   : cottrellm1@michigan.gov

POOR QUALITY ORIGINAL

POOR QUALITY ORIGINAL



# Gogebic Community College

## IRONWOOD, MICHIGAN

### Certificate of Completion

TO

VAN JENKINS

Is Issued This Day Of ___March 13, 1984___

FOR

22 Credits

FOOD SERVICE PROGRAM

_Dr. C. Robert Bennett_
President Gogebic Community College

_A. Dennis Cossi_
Chairman Board of Trustees

V. Jenkins El
#172475
Lock: 7C-58

| COURSES COMPLETED | Credits |
|---|---|
| Intro to Food Service | 2 |
| Food Purchasing & Storage | 3 |
| Food Standards, Sanitation & Safety | 2 |
| Nutrition & Menu Planning | 3 |
| Fundamentals of Quantity Food Production | 3 |
| Advanced Quantity Food Production | 3 |
| Fundamentals of Baking | 3 |
| Advanced Baking | 3 |
| | 22 |

**GOGEBIC COMMUNITY COLLEGE, IRONWOOD, MICH. 49938**
**OFFICIAL RECORD**

CURRICULUM Personal Enrich.

| | | |
|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE NAME |
| SURNAME Jenkins | FIRST NAME Van | MIDDLE NAME |
| HOME ADDRESS | STREET 772 Washtenaw | CITY Ann Harbor, STATE MI ZIP CODE 48197 |

BIRTH DATE 1/29/59    BIRTH PLACE

SECONDARY SCHOOL

DATE GRAD. SEC. SCH.

DATE ADMITTED 10/17/83

PARENT    NAME

GUARDIAN    ADDRESS

OTHER

TRANSCRIPTS ISSUED Self 6-1-9a
Sara Clark 4/9/93
50f. 5/19/15

ENTRANCE DEFICIENCIES OR CONDITIONS

RANK.    SEC. SCHOOL

DATE GRADUATED:

DIPLOMA GRANTED:

HONORS:    G.P.A.

JENKINS        VAN        1ST SEMESTER 1983-84

| DESCRIPTIVE TITLE | COURSE NO. | CR. | GR. | PTS. AB. |
|---|---|---|---|---|
| FUNDAMENTALS OF PHYSIC | PED101 | 1 | A | 4 00 |
| AL EDUCATION | | | | |
| FUNDAMENTALS OF PHYSIC | PED102 | 1 | A | 4 00 |
| AL EDUCATION | | | | |
| ADV. FIRST AID & EMERG | PED203 | 2 | B+ | 6 00 |
| ENCY CARE | | | | |
| CR ATT- 4 | HONOR PTS- 14 | | | |
| CR ERN- 4 | GPA=3.50 | | | |
| | | | | |
| INTRODUCTION TO FOOD S | FDS101 | 2 | C | 4 00 |
| ERVICE | | | | |
| FOOD PURCHASING AND ST | FDS102 | 3 | C | 9 00 |
| ORAGE | | | | |
| FOOD SANITATION + SAFE | FDS103 | 2 | C | 4 00 |
| TY | | | | |
| NUTRITION AND MENU PLA | FDS105 | 3 | D | 3 00 |
| NNING | | | | |
| FUNDAMENTALS OF QUANTI | FDS107 | 3 | C | 6 00 |
| TY FOOD PRODUCTIO | | | | |
| *****CONTINUED ON NEXT FORM***** | | | | |

JENKINS        VAN        1ST SEMESTER 1983-84

| DESCRIPTIVE TITLE | COURSE NO. | CR. | GR. | PTS. AB. |
|---|---|---|---|---|
| ADVANCED QUANTITY FOOD | FDS108 | 3 | A | 12 00 |
| PRODUCTIONS | | | | |
| FUNDAMENTALS OF BAKING | FDS109 | 3 | C | 6 00 |
| ADVANCED BAKING | FDS110 | 3 | D | 6 00 |
| CR ATT-22 | HONOR PTS- 47 | | | |
| CR ERN-22 | GPA=2.14 | | | |

STUDENT COPY

MICHIGAN DEPARTMENT OF CORRECTIONS
**NOTICE OF INTENT TO CONDUCT AN ADMINISTRATIVE HEARING**

CSJ-282
REV. 06/06
4835-3282

| Prisoner Number: | Prisoner Name: | Facility: | Lock: | Date: |
|---|---|---|---|---|
| 172475 | Jenkins | STF | B-48 | 10-22-18 |

| Reporting Staff Member Name (PRINT): | Title: | Reporting Staff Member Signature: |
|---|---|---|
| Finazzi | c/o | |

Nature of Hearing (Property disposition, restriction, etc):

Legal Papers

Reason for Hearing (Describe events leading to this requested action. If property is involved, list all items and explain why taken):

Damaged foot Locker - Has one on order snc 3/7/18.
Has pending court cases, needs Legal papers.
put In clear garbage bag.

Proposed Disposition (Indicate what action you believe should be taken to address/resolve the above matter):

NOTE:  Property dispositions are limited to the following:
- ☐ Photograph & return to prisoner it belongs to (except money/postage)
- ☐ Money/Postage - Turn over to PBF
- ☐ Store up to 30 calendar days for pick up_____
- ☐ Donate to charity as approved by the warden (property only)
- ☐ Mail at prisoner expense to person identified by prisoner
- ☐ Destroy (set forth reason below)

NOTE: Non-property dispositions:
- ☐ Telephone restriction ____ days begins ____ ends midnight ____
- ☐ Remove from following program: ____
- ☐ Remove $____ from prisoner's account (indicate reason below)
- ☒ Other (explain below)

Additional Information (cite relevant rule, policy directive, procedure or justification):

Transfer To ride out facility w/ Jenkins
or Determine whether excess property.

- ☐ I understand and agree with the proposed disposition stated above and waive the right to a hearing. *(to be checked ONLY if prisoner agrees with proposed disposition and does NOT wish to have a hearing).*

OR

- ☑ I request a hearing. I have received a copy of this report. My signature does not necessarily mean that I agree with the report *(to be checked ONLY if prisoner wishes to have a hearing).*

- ☐ I waive the 24 hour notification of hearing requirements.

| Prisoner's Signature: | Date: |
|---|---|
| Man Jenkins | 10/22/18 |

Copy personally handed to prisoner on this date by the following staff member:

| Staff Member Name (PRINT): | Title: | Staff Member Signature: | Date: |
|---|---|---|---|
| Finazzi | c/o | | |

Distribution: ☐ Record Office File   ☐ Counselor File   ☐ Prisoner

## Prisoner Appliance / Property Card

### Name Jenkins
### Number 172507
### Ride In Date  2/6/18

| Item | Make | Model | Serial Number | Comments | |
|------|------|-------|---------------|----------|--|
| Television | Clear Tunes | | 4204 | | |
| Tablet | | | | | |
| Fan | | | | | |
| Shaver | | | | | |
| Headphones | | | | | |
| Beard Trimmer | | | | | |
| Radio | | | | | |
| Watch | | | | | |
| Footlocker | | | | Ordered on 3/7/18 | |
| Typewriter | | | | | |
| AC Adapter | | | | | |
| Calculator | | | | | |
| Earrings | | | | | |
| Lamp | | | | | |
| MP-3 | | | | | |
| Shoes | | | | | |
| Boots | | | | | |
| Tapes | | | | | |
| Musical Inst. | | | | | |

```
06:38 AM                    KEEFE COMMISSARY NETWORK              PAGE:  1  OF    1
05/23/2019            P.O BOX 17490, St Louis, MO 63178-7490         SHIP FROM:  37A

                                                    PICKED BY:
                                                       CPR: 102618999
FACILITY NUMBER: 36530(34241P-025)
BLOCK: SMT16
    FACILITY NAME: MI DOC PARNALL CORR FAC (SM           ORDER DATE: 05/22/2019
                                                            ORDER: 12749020

        12749020-102618999                                  3883615


BAY     SEQ #ALIAS QTY UOM DESCRIPTION             ITEM#  T   PRICE    TOTAL

SA1
    A   1169  0376   1  EA GUCCI INSPIRED BODY WAS     0376      3.70     3.70
    C   2234  4019   3  EA CHICK O STICK              4019      0.21     0.63
    E   3125  0530   1  EA COOL WAVE CLR TOOTHPAST    0530      1.47     1.47
    I   5270  7111   1  EA 6FT HEADPHONE EXT CORD     7111      2.24     2.24
    J   5700  6171   1  EA HOT CORN CHIPS             6171      2.01     2.01
    K   6129  6201   1  EA BUTTER MICRO POPCORN       6201      0.51     0.51
```

41

```
                          TOTAL WEIGHT  2.61 LBS        SUBTOTAL       10.56
+-------------------------------------------------+     SALES TAX       0.44
!I=Invalid(NotOnMenu) B=Backordered C=Cancelled  !     ORDER TOTAL     11.00
!N=NotAvailable/Sub   S=Substituted V=NonInventory !
+-------------------------------------------------+
LIST ITEM# OF SHORTAGES AND/OR DAMAGES     QTY     CATEGORY/DESCRIPTION
```

SIGNED _Alan Jenkins_ _____  DATE_____

WITNESSED BY_____  DATE_____

# MICHIGAN DEPARTMENT OF CORRECTIONS

 **Kite Response**

---

| | | | |
|---|---|---|---|
| **Patient Name** | VAN JENKINS | **Age** | 60 Years |
| **Date Received** | 06/18/2019 | | |
| **Time Received** | | | |
| **Taken By** | Crystal Trout, RN | | |
| **Date Initiated** | 06/18/2019 | | |

---

## Action & Resolution

| Date | Time | User | Detail |
|---|---|---|---|
| 06/18/2019 | 11:51 PM | Crystal Trout, RN | Reason: Rash. Call details: The symptoms is an acid type burn wherre I had purchased a bottle of Gucci Body wash which the Bar No087381125133. Somehow I got a bad batch with methylchloroisothiazolinone in it that burned a ring around my neck and haven't went away from the ointment used.. Assessment/Plan: The Betamethasone ointment was just prescribed yesterday You need to give this ointment a week or two to work.. |

## Medical Question
Patient Complaint/Concern: Rash.

Detail: The symptoms is an acid type burn wherre I had purchased a bottle of Gucci Body wash which the Bar No087381125133. Somehow I got a bad batch with methylchloroisothiazolinone in it that burned a ring around my neck and haven't went away from the ointment used..

Assessment/Plan: The Betamethasone ointment was just prescribed yesterday You need to give this ointment a week or two to work Please rekite after a week of using the ointment and there is no improvement.

JENKINS, VAN
172475
01/29/1959

1/1

```
06:59 AM                    KEEFE COMMISSARY NETWORK              PAGE: 1 OF    1
06/20/2019            P.O BOX 17490, St Louis, MO 63178-7490     SHIP FROM: 37A

                                                         PICKED BY:
                                                              CPR: 102669674
FACILITY NUMBER:36530(34241P-025)
BLOCK:SMT16                                             ORDER DATE: 06/19/2019
FACILITY NAME:MI DOC PARNALL CORR FAC (SM                   ORDER: 12922762

        12922762-102669674                                  3929056


AY    SEQ #ALIAS QTY UOM DESCRIPTION              ITEM# T   PRICE   TOTAL

A1
 C   2202  3358    2  EA FROSTED FLAKES            3358     3.86    3.86
 D   2658  0655    1  EA BISMUTH LIQUID-STOMACH    0655     2.13    2.13
 J   5549  1042    1  EA ENVELOPE 10X15 WHITE      1042     0.24    0.24
 K   6000  6150    1  EA KEEFE 10 OZ NACHO CHIPS   6150     1.97    1.97
 K   6129  6201    2  EA BUTTER MICRO POPCORN      6201     0.51    1.02
 L   6529  4431    2  EA STRAWBERRY CHEESE DANIS   4431     0.79    1.58
```

0655-1.

(Open bag of Chips enclosed)

```
                    TOTAL WEIGHT  3.69 LBS      SUBTOTAL    10.80
---------------------------------------------   SALES TAX    0.14
I=Invalid(NotOnMenu) B=Backordered C=Cancelled  ORDER TOTAL 10.94
N=NotAvailable/Sub   S=Substituted V=NonInventory
---------------------------------------------
1ST ITEM# OF SHORTAGES AND/OR DAMAGES    QTY   CATEGORY/DESCRIPTION
```

SIGNED_____Alan Jenkins_____   DATE 6/28/19

WITNESSED BY_____   DATE_____

62

**JPMorganChase** ⬭

*Karen E. Miller*
*Bar No. P48694*
*Attorney For JP Morgan*
*Chase Bank, NA*
*23660 Northwestern Highway*
*Southfield, Mich. 48034*
*Tel. (248) 700-8849*
*Fax (248) 705-886*
*email: Karen.e.miller@jpmchase.com*

National Subpoena Processing
Mail Code TX1-0053
14800 Frye Road
Fort Worth, Texas 76155

9/25/2018

VAN JENKINS

320 NORTH HUBBARD STREET
ST LOUIS, MI 48880

Case Name: **PEOPLE OF THE STATE OF NEW YORK V VAN JENKINS**
Case No.: **11-100382-DM**
**JPMorgan Chase File No: SB972438-F1**

Dear Sir/Madam:

JPMorgan Chase Bank, N.A. has received your request about the matter referenced above. JPMorgan Chase Bank, N.A. will not release information in its possession, custody or control without being served with a properly issued subpoena that is in compliance with the applicable state and court guidelines and addressed to the proper entity for the records sought.

JPMorgan Chase Bank, N.A. will not be able to comply with this request because it was:

☐ Improperly issued

☐ Addressed to an incorrect or non-existent entity
     **\*\*\*For informational purposes only, the following is a list of potential entities and the records they may hold:**

- JPMorgan Chase Bank, N.A. (depository, checking, savings, mortgage, and loans)
- Chase Bank USA, N.A. (credit card)
- J.P. Morgan Securities LLC (securities and investments)

**JPMorgan Chase Bank, N.A. will be closing its file on this matter. If you still would like the requested materials, please serve a properly issued subpoena and ensure it is addressed to the correct entity.**

If you have questions, please call our Customer Service Center at 1-844-751-7728. We're here to help Monday through Friday from 8:30 a.m. to 7:00 p.m. Eastern Time.

Sincerely,

Leah Lucas
Operations Manager, VP
Chase Customer Service

U.S POSTAGE PITNEY BOWES

ZIP 49201 $ 001.45[0]
02 4W
0003369415 AUG 13 2019

Prisoner Name: Van Jenkins
Prisoner Number: 172475
PARNALL CORRECTIONAL FACILITY
1790 E. Parnall Rd.
Jackson, MI 49201-7139

RECEIVED
AUG 21 2019
CLERKS OFFICE
U.S. DISTRICT COURT

8/13/19 (MA)

Hon. R. Steven Whalen
Bar-No. P26700
United States Magistrate Judge
United states District Courts for
The Eastern District of Michigan
Theodore Levin U.S. Court house
231 West Lafayette Blvd, Room 673
Detroit, Mich. 48226