UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VAN JENKINS,

      Plaintiff,                                            Civil No. 4:19-cv-10738

v.                                                    Hon. Matthew F. Leitman

ACCESS SECUREPAK, CO., *et al.*,

      Defendants.

_____/

**<u>ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER
DIRECTING THE UNITED STATES MARSHAL
TO ENFORCE COURT ORDERS (ECF No. 21)</u>**

Plaintiff Van Jenkins is an inmate at the Parnall Correctional Facility. The case before the Court is based on Jenkins' allegation that the Michigan Department of Corrections (the "MDOC") deprived him of his property – a package that was sent to him – without due process of law.

On December 17, 2019, Jenkins filed a "Motion for an Order Directing the United States Marshal to Perform Enforcement of Court Order(s) and Search and Seizure Warrant." (ECF No. 21.) Jenkins' motion is difficult to follow, and he appears to request several forms of relief. Among other things, Jenkins argues that the MDOC violated the Court's *in forma pauperis* order (ECF No. 5) by not paying Jenkins the back pay he believes he is owed for his food service job. (*See* Mot., ECF No. 21, PageID.315.) Jenkins also asks that the Marshals search the FBI and seize

1

evidence that he says will verify that police officers in Romulus, Michigan illegally placed his child into foster care. (*See id.* at PageID.316–17.)

None of Jenkins' allegations in his motion are relevant to his current case: whether he was deprived of his property without due process. Nor does Jenkins' motion convince the Court that the MDOC is violating any of its orders or that the Court needs to direct the U.S. Marshals to act as Jenkins requests. Jenkins' motion (ECF No. 21) is **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 8, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 8, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764