UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VAN JENKINS,

       Plaintiff,                      Civil No. 4:19-cv-10738

v.                                       Hon. Matthew F. Leitman

ACCESS SECUREPAK, CO., *et al.*,

       Defendants.

_____/

## ORDER TERMINATING PLAINTIFF'S MOTIONS FOR RELIEF FROM SUMMARY JUDGMENT AS MOOT (ECF Nos. 10, 11)

Plaintiff Van Jenkins' case was transferred to the Court on March 12, 2019. (*See* Transfer Order, ECF No. 1.) On March 21, 2019, the Court issued an Order Directing Plaintiff to Show Cause Why the Case Should Not Be Summarily Dismissed (ECF No. 6). In response to the show cause order, Plaintiff filed two motions, both titled "Motion for Relief from Summary Judgment as Order Directing Plaintiff to Show Cause" (ECF Nos. 10, 11). On September 12, 2019, the Court issued an Order Dismissing Plaintiff's Complaint Without Prejudice (ECF No. 14). In response, Plaintiff filed a Motion to Vacate or Reconsider the Court's order dismissing his case (ECF No. 16). On December 20, 2019, the Court granted Plaintiff's motion to reconsider and granted Plaintiff a time extension to file an amended complaint. (*See* Order, ECF No. 22.)

1

Because the Court has allowed Plaintiff to file an amended complaint – which he filed today – Plaintiff's motions for relief from the Court's show cause order (ECF Nos. 10, 11) are moot. Accordingly, the Court hereby **TERMINATES AS MOOT** Plaintiff's "Motions for Relief from Summary Judgment as Order Directing Plaintiff to Show Cause" (ECF Nos. 10, 11).

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 13, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 13, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764