(2)

Van Jenkins
Reg. No. 172475
2727 East Beecher Road
Adrian, Mich. 49221

Christina L. Farinola
Law Clerk                                    2/12/2021
U.S. District Court
Eastern District of Michigan
231 West Lafayette Blvd., Room 673
Detroit, Mich. 48226

RE: Jenkins v. Access Securepak Co., Case No. 4:19-cv-10738

Dear Law Clerk,

A previous Default Application was sent to the clerk of the court. Corrections is being requested as the Defendants defaulted by failing to comply to the subpoena form that was signed the subpoena.

The correction is that it should be filed and processed after the subpoena mediation is completed by the Attorney General Consumer Protection Division. Investigation is being conducted by the following: Chad M. Canfield, Consumer Protection Operations Manager; Refer to AG No. 2020-0305717-A at P.O. Box 30213 Lansing, Mich. 48909; Fax: 517-241-3771; Tel. (517)-335-7599 this is a notice to the court and Judge Matthew Leitman.

Please have the court clerk provide to my return address 6 subpoenas processed with the seal affixed thereto. Thank you for your services.

Sincerely,
Van Jenkins
c.c. file

Prisoner Name: Van Jenkins
Prisoner Number: 172475
GUS HARRISON CORRECTIONAL FACILITY
2727 E. Beecher St.
Adrian, MI 49221

F I L E D
MAR 24 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

METROPLEX MI 480
17 FEB 2021 PM 8

U.S. POSTAGE ))) PITNEY BOWES
ZIP 49221
02 4W
0000355312 FEB 16 2021
$ 000.51°

Christina L. Farmola
Law clerk
U.S. District court
Eastern District of Michigan
231 West Lafayette Blvd., Room 673
Detroit, Mich. 48226

48226-277673