Van Jenkins
Reg. No. 172475
2727 East Beecher Road
Adrian, Mich. 49221

Dana M. Nessel
Bar No. P51346
Michigan Attorney General,
Consumer Protection Division
525 West Ottawa Street
P.O. Box 30212
Lansing, Mich. 48909

FILED 10/13/20
MAR 24 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

RE: Case No. 4:19-CV-10738-MFL-PTM; MCL 445.901-916

Dear Attorney General

On the date of Dec. 20, 2019 the U.S. District Judge Matthew F. Leitman issued an order and Discovery order involving the Michigan Dept. of Corrections and the Access Securepak company that holds a contractual Agreement with.

The court directed the parties to disclose the names of those individuals who were and are directly involved in any violation of his constitutional Rights; the identities of all individuals involved with or and the specific role they played in depriving him of his property without due process of law.

The attached kite to the Warden's Administrative Assistant whom refused to comply to the Judge's order where they — the officers and staff are committing Retaliatory offenses in the presence of the Jurisdiction of the court, see 18 U.S.C. 401 and is concealing facts to the following among others — the Securepak store order made on 9/5/2020 assigned Number 16468149.

This is being addressed to your office for compliance to the Judge's court discovery order. See the attachments and what course of action is to be made involving this Contempt to Court activities that is ongoing. A request to order the MDOC to provide the securepak store items as they delivered and failed to comply to the policy and disclosures.

Sincerely,
Van Jenkins
C.C. file

MICHIGAN DEPARTMENT OF CORRECTIONS
DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL - PRISONER)

4835-3318
CSJ-318   05/02

Please PRINT clearly illegible and/or incomplete forms will not be processed.

Lock: C-28
Institution: ARF

Prisoner Number: 172475
Prisoner Name (Print Clearly): Jenkins

☒ Legal Postage
☐ Filing Fee $ _____
☐ Certified Mail (Must Be a Court Ordered Requirement)
☐ New Case
☒ Case Number: 4:19-CV-10738-MFL-PTM

Pay To: State of Michigan
Mailing Address: Dana M. Nessel, Bar No. P51346
G. Mennen Williams Building, 7th Floor
525 West Ottawa Street, P.O. Box 30212
Lansing, Mich. 48909

The following section must be completed in Authorizing Staff Member's presence.

Prisoner Signature: [signature]   Date & Time Submitted: 10/12/20  7:00
Received By (Print Name & Title): D. Whitten ALPC
Staff Signature: [signature]
Date & Time Received by Authorizing Staff: 0803  10/12/20

**Authorization Denied:**

☐ Does not meet definition of legal mail or court filing fee as identified in CFA OP 05.03.118.
☐ Not hand delivered to authorizing staff member.
☐ New case or case number not on form.
☐ Does not include court order for handling as certified mail.
☐ Other _____
☐ Prisoner refused to sign & date in staff member's presence.

Section below to be completed by Mail Room Staff

Placed in Mail by (Print Name & Title): D. Ebert  GOA
Signature: D. Ebert

Postage Amount: $ .96   Date & Time placed in outgoing Mail: 10/13/2020  0700
3.162   Only Business Office Staff are to Write in the Section Below

| Obligation Amount | Actual Expense | | |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ Court filing Fee Denied due to NSF.
Date Posted: [illegible]
Date & Time Copy Sent to Prisoner: 10/13/20

POSTED

Processed By (Print Name & Title): [signature]
Signature: [signature]

DISTRIBUTION:   White - Prisoner Accounting   Canary - Prisoner   Pink - Counselor's File   Goldenrod - Prisoner