4

Van Jenkins
Reg. No. 172475
2727 East Beecher Road
Adrian, Mich. 49221

Christina L. Farinola                    12/27/2021
Law Clerk
U.S. District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 West Lafayette Blvd., Room 673
Detroit, Mich. 48226

RE: Jenkins v. Access Securepak Co., Case No. 4:19-CV-10738; Disclosures of Court Records

Dear Law Clerk;

I'm making efforts to subpoena a few Defendants to court to testify and to obtain production of documents as well. Please provide 6 subpoena forms for testifying in court and 6 subpoena forms for production of Documents and 3 AO 93 Search And Seizure Warrant Forms.

I also must report funds involving my Forma Pauperis status and request copies of court files from another case and ask that you access and provide these documents. What is required is the copy of the complaint, with exhibits, the Defendants response and the Defendants' addresses.

The United States Attorney's office for the Eastern District of Michigan has a computerized docketing/case management system known as CaseView and PACER. This computerized system of records tracks cases or matters for the entire USAO.

The information entered into the caseview and PACER computer system is a series of individual records link together, or related, in a logical order. These records may include, but are not limited to, the names of the parties, the names of related cases, what the case is about, which Assistant United States Attorney is handling the case, the court assigned to the case, and the stage of each case.

Pursuant to 28 U.S.C. 631 the U.S. Magistrate Judge duty is to issue subpoenas orders necessary to obtain the presence of parties or witnesses or evidence. I request to address these matters to the U.S. Magistrate handling the above case to arrange a hearing and subpoena witnesses to the hearing before the U.S. Magistrate.

Please be sure to provide the name and the filing instructions of the U.S. Magistrate assigned to this case of <u>Jenkins v. Access Securepak Co.</u> Thank you for your services.

Sincerely,
Nan Jenkins
C.C. file
Enclosures: Docket Journal Index

-2-

Case: 1:03-cv-23017-JEM   Document #: 34   Entered on FLSD Docket: 10/22/2018   Page 3 of 11
Case 4:19-cv-10738-MFL-PTM   ECF No. 37, PageID.617   Filed 12/29/21   Page 3 of 4
Case: 1:03-cv-23017   As of: 09/18/2018 12:07 PM EDT   1 of 3

*(Please Return this document)*

CLOSED

**U.S. District Court**
**Southern District of Florida (Miami)**
**CIVIL DOCKET FOR CASE #: 1:03-cv-23017-JEM**
*Internal Use Only*

Jenkins v. Fernandez, et al
Assigned to: Judge Jose E. Martinez
Demand: $0
Case in other court:  04-12849-I
                                 04-12849-I
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 11/13/2003
Date Terminated: 05/18/2004
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

Van S. Jenkins                                    represented by    Van S. Jenkins
                                                                                            172475
                                                                                            Central Michigan Correctional Facility
                                                                                            320 North Hubbard St
                                                                                            St. Louis, MI 48880
                                                                                            PRO SE

*PACER's website: http://www.pacer.uscourts.gov*
*Florida's U.S. Dist. court website: www.flsd.uscourts.go*
*court records of complaint with Exhibits And Defendants' Response with Exhibits*

V.

**Defendant**

Randy A. Fernandez
*Vice President*

**Defendant**

Elaine Fitzgerald
*Public Relations Officer*

**Defendant**

National Registered Agents, Inc. *Need address*

**Defendant**

Corporate Creations International, Inc. *Need Address*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2003 | 1 | COMPLAINT for preliminary/permanent injunction against Corporate Creations International, Inc. on grounds unconstitutionality filed; motion for IFP filed; Magistrate Judge Theodore Klein (bb, Deputy Clerk) (Entered: 11/14/2003) |
| 11/13/2003 | 2 | MOTION by Van S. Jenkins for preliminary injunction against nonenforcement of the statutes on grounds of unconstitutionality for hearing of motion before three-judge district court for temporary restraining order pending hearing (bb, Deputy Clerk) (Entered: 11/14/2003) |
| 11/13/2003 | 3 | AFFIDAVIT by Van S. Jenkins in support of [2-1] motion for preliminary injunction (bb, Deputy Clerk) (Entered: 11/14/2003) |
| 11/13/2003 | 4 | MOTION by Van S. Jenkins for waiver of fees and costs (bb, Deputy Clerk) (Entered: 11/14/2003) |
| 11/13/2003 | 5 | MOTION by Van S. Jenkins for service of process by United States Marshal (bb, Deputy Clerk) (Entered: 11/14/2003) |
| 11/13/2003 | 6 | MOTION by Van S. Jenkins for appointment of counsel (bb, Deputy Clerk) (Entered: 11/14/2003) |

Prisoner Name: Van Jenkins
Prisoner Number: 172475
(✓) GUS HARRISON CORRECTIONAL FACILITY
( ) PARR HIGHWAY CORRECTIONAL FACILITY
2727 E. Beecher St.
Adrian, MI 49221

RECEIVED
JAN - 6 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

METROPLEX MI 480
29 DEC 2021 PM 1
US POSTAGE
$000.53⁰

48226-270099

12/26/21

Christina L. Farinola
Law Clerk
U.S. District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 West Lafayette Blvd., Room 673
Detroit, Mich. 48226