United States of Michigan
United States District Court For
The Eastern District of Michigan
Southern Division

Case No. 4:19-CV-10738

Van Jenkins #172475
 Plaintiff,

 Vs.

Access Securepak Co., et. al.
 Defendants.
_____/

**PRODUCTION OF Court Records And Assignment to A United States Magistrate Judge To Conduct Subpoena Hearing of Investigation**

1. Plaintiff moves this court for an order directing the court clerk to produce all Records and pleadings filed in case Number 4:19-CV-10738 to be used during preparation of a subpoena Hearing where the assigned U.S. Magistrate Judge may conduct his investigation in to this case.

2. On the date of December 13, 2021 the U.S. District Judge Matthew F. Leitman issued order Denying Without prejudice Plaintiff's Request for Entry of Default And motion For Default Judgment where Defendants have defaulted in this case several times even in the Missouri Attorney General's Hearing Jurisdiction.

3. This court has been put on notice of the retaliatory actions of the Defendants on many occasions, and the court records will verify these incidents and the none responses of the court.

4. On the date of December 20, 2019 the U.S. District Judge Leitman cites that Jenkins as a prisoner may not be in a position to identify the proper defendants, but it is the duty of the district court to assist him, within reason, to make the necessary investigation citing at 789 case Billman v. Indiana Dept. of Corr., 56 F.3d 785, 789 (7th Cir. 1995).

5. Pursuant to 28 U.S.C. 363 the U.S. District Judge may assign a United States Magistrate Judge to perform investigative duties and report and recommend the same to the U.S. District Judge.

6. Plaintiff moves and request that the U.S. District Judge Matthew F. Leitman appoint a United States Magistrate Judge pursuant to 28 U.S.C. 631 to have the duty and power (3) to issue subpoenas, or other orders necessary to obtain the presence of parties or witnesses or evidence needed for court investigative proceedings.

7. Where plaintiff has exhausted his means to acquire the names of the defendants and that the U.S. District Judge Leitman stated quote: "Jenkins sent a subpoena to Defendant Mueller to produce the full names of all employees & MDOC staff and officers that participated in secure pak store order process and the Friends & Family package program; Mueller does not appear to have responded to the subpoena", unquote see court order dated Dec. 20, 2019 page 5.

WHEREFORE plaintiff request that this court issue an order to the clerk of the court to provide court records and all pleadings in case files NO. 4:19-CV-10738 for subpoena Hearing preparations and that the U.S. District Judge Leitman appoint a United States Magistrate Judge to conduct the subpoena Hearing investigation.

1/6/2022
Date

Van Jenkins
Plaintiff's signature

## Affidavit In Support

I, Van Jenkins, herein certify that the production of court Records And Assignment to A U.S. Magistrate Judge To conduct Subpoena Hearing of Investigation was reviewed and I declare under penalty of perjury under the laws of Michigan that the above is true, correct, and complete and not meant to mislead and that the Affidavit is supported by the statutory provisions of 28 U.S.C. 1746

1/6/2022
Date

Van Jenkins
Affiant's signature 28 U.S.C. 1746

-2-

Prisoner Name: Van Jenkins
Prisoner Number: 172475
(✓) GUS HARRISON CORRECTIONAL FACILITY
( ) PARR HIGHWAY CORRECTIONAL FACILITY
2727 E. Beecher St.
Adrian, MI 49221

RECEIVED
JAN 18 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

US POSTAGE PITNEY BOWES
ZIP 49221 $ 000.53
0000355312 JAN 07 2022

Richard Loury
pro se case Administrator
U.S. District court for
The Eastern District of Michigan
Theodore Levin U.S. courthouse
231 West Lafayette Blvd., 5th Floor
Detroit, Mich. 48226