UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VAN JENKINS,

      Plaintiff,                              Civil No. 4:19-cv-10738
                                            Hon. Matthew F. Leitman

v.

ACCESS SECUREPAK, CO., *et al.*,

      Defendants.

_____/

### ORDER DENYING PLAINTIFF'S REQUEST\
### FOR THE PRODUCTION OF DOCUMENTS (ECF No. 38)

Plaintiff Van Jenkins is a state inmate in the custody of the Michigan Department of Corrections. In this action, Jenkins appears to allege that the Defendants retaliated against him and/or interfered with his prison mail in response to his filing certain complaints against them. (*See* Sec. Am. Compl., ECF No. 29.)

On January 7, 2022, Jenkins requested that the Court issue an order directing the Clerk of the Court to "produce" to him "all records and pleadings" filed in this action. (Req., ECF No. 38.) He also asks the Court to appoint a Magistrate Judge to conduct an "investigation" into certain subpoenas that he has issued. (*Id.*)

Jenkins has not persuaded the Court that he is entitled to the relief he seeks. The only "records and pleadings" in this case are either (1) records that Jenkins has personally filed with the Court or (2) orders that the Court has issued and already

1

provided to Jenkins. Thus, Jenkins should already have possession of all of the "records and pleadings" from this action. Finally, Jenkins has not sufficiently explained the legal basis for any "investigation" by the Magistrate Judge. Nor has he persuaded the Court that such an investigation is justified here.

Accordingly, for the reasons explained above, Jenkins' requests for the production of documents and for an "investigation" by the Magistrate Judge are **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 14, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 14, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126