UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VAN JENKINS,

        Plaintiff,                              Case No. 4:19-cv-10738
                                                              Hon. Matthew F. Leitman

v.

ACCESS SECUREPAK COMPANY,
MICHIGAN DEPARTMENT OF
CORRECTIONS, AND PAM
MULLET,

        Defendants.
_____/

**ORDER DIRECTING SERVICE WITHOUT PREPAYMENT OF
COSTS AND AUTHORIZING THE UNITED STATES MARSHAL
TO COLLECT COSTS AFTER SERVICE IS MADE**

      An inmate bringing a civil rights complaint must specifically identify each defendant against whom relief is sought and must give each defendant notice of the action by serving upon him or her a summons and copy of the complaint. *Feliciano v. DuBois*, 846 F. Supp. 1033, 1048 (D. Mass. 1994). Where a plaintiff is proceeding in forma pauperis, as is the case here, the district court must bear the responsibility for issuing the plaintiff's process to a United States Marshal's Office, who must effect service upon the defendants once the plaintiff has properly identified the defendants in the complaint. *Williams v. McLemore*, 10 F. App'x. 241, 243 (6th Cir. 2001); *Byrd v. Stone*, 94 F. 3d 217, 219 (6th Cir. 1996); Fed. R. Civ. P. 4(c)(2); 28 U.S.C. § 1915(d).

      The Court having previously ordered Plaintiff to file an amended complaint that provided service information for Defendants, (ECF No. 22), and Plaintiff finally providing the names and service addresses for the three individually named Defendants, the Court will direct service.

      The Court, therefore, **ORDERS** the United States Marshal to serve Plaintiff's first amended complaint (ECF No. 24) and second amended complaint (ECF No. 29) on Defendants without prepayment of the costs for such service. The Marshal may collect the usual and customary costs from plaintiff(s) after effecting service.

1

Plaintiff has provided the following service addresses for the named Defendants (ECF No. 40):

Pam Mueller, Manager
Access Securepak Co.
1088 Linpage Place
St. Louis, Missouri 63132
(314) 301-3310

Alex Chosid
Assistant Counsel
TKC Holdings
1260 Andes Boulevard
St. Louis, Missouri 63132
(314) 214-2806

Nick White
Central Michigan Correctional Facility
320 North Hubbard Road
St. Louis, Michigan 48880

The Court further **ORDERS** plaintiff(s) to serve a copy of all future documents on defendant(s) or on defense counsel if legal counsel represents defendant(s). Plaintiff(s) shall attach to all original documents filed with the Clerk of the Court a certificate stating the date that plaintiff(s) mailed a copy of the original document to defendant(s) or defense counsel. The Court will disregard any paper received by a District Judge or a Magistrate Judge if the paper has not been filed with the Clerk or if it fails to include a certificate of service.

Date: 7/6/2022

s/David R. Grand
David R. Grand
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this Order to Petitioner.

Date: 7/6/2022

s/ Sara Krause
Deputy Clerk

2