UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VAN JENKINS,

        Plaintiff,                      Civil No. 19-cv-10738

v.                                        Hon. Matthew F. Leitman

ACCESS SECUREPAK, CO., *et al.*,

        Defendants.
_____/

## ORDER EXTENDING TIME FOR SERVICE

Plaintiff Van Jenkins is a state inmate in the custody of the Michigan Department of Corrections. In this action, Jenkins appears to allege that the Defendants retaliated against him and/or interfered with his prison mail in response to his filing certain complaints against them. (See Sec. Am. Compl., ECF No. 29.) The Court granted Jenkins *in forma pauperis* ("IFP") status on March 19, 2019. (*See* Order, ECF No. 6.)  Due to the number of cases being reviewed, the onset of the COVID-19 pandemic, the need to resolve several pre-service motions in this action, and the filing of an Amended Complaint and Second Amended Complaint, the time for service after granting Jenkins IFP status has lapsed.  The Court therefore finds that circumstances exist that warrant an extension to the 90-day period in which service was to be effectuated.  Accordingly, the Court **ORDERS** that the time for service shall be extended for 90 days from the date of this Order.  It further

1

**ORDERS** that the United States Marshall Service shall serve this Order and the appropriate papers in this action on Defendants.

    **IT IS SO ORDERED.**

Dated: July 7, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126