UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Van Jenkins,

        Plaintiff(s),

v.

Access Securepak Company, Michigan Department of Corrections, and Pam Mullet,

        Defendant(s).

_____/

Case No. 19-cv-10738

Honorable Matthew F. Leitman

Magistrate Judge Patricia T. Morris

### NOTICE TO PROVIDE CORRECT ADDRESS FOR DEFENDANT(S)

        An Order directing service in the above-referenced matter has been entered. However, plaintiff has not provided the defendant(s) address(es) for service to be accomplished;

        Therefore, plaintiff is duly notified to provide the court with the correct name, title and address of the above-named defendant(s) so that service can be processed. This information must be provided to the Clerk's Office, in writing, within twenty-one (21) days of this Notice, or this case may be dismissed for lack of prosecution by the Court.

        KINIKIA D. ESSIX, Clerk of Court

By: s/Holly Ryan
     Deputy Clerk

### Certificate of Service

        I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: July 26, 2022

s/Holly Ryan
Deputy Clerk