UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



VAN JENKINS, 172475,

    Plaintiff(s),

v.

PAM MUELLER, et al,

    Defendant(s).

Case No. 19-10738

Judge Matthew F. Leitman

FILED
AUG 15 2022
CLERK'S OFFICE
DETROIT

## ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS

The following documents were delivered to the U.S. Marshal Service for service of process in a prisoner matter:

1) Order Directing Service/Reservice dated July 6, 2022 ;

2) USM 285 and Summonses or Waiver of Summons forms (copies attached);

3) Copies of Complaint.

Date: July 29, 2022

s/Julie Owens
Deputy Clerk

## ACKNOWLEDGMENT

UNITED STATES MARSHAL SERVICE

Date: AUG 11 2022

Signature or Stamp

Acknowledgment of Receipt of Documents - *Clerk of Court copy*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

VAN JENKINS, 172475,

                                           *Plaintiff*        Civil Action No. 19-10738

v.

PAM MUELLER, et al,                            Honorable Matthew F. Leitman

                                         *Defendant*

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Pam Mueller, Manager, Access Securepak Co.    1088 Linpage Place, St. Louis, MO 63132
    *(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: AUG 11 2022                                                    */s/ Kelly Honey*

                                                          *Printed name:* U.S. Marshal Service, Eastern District of Michigan
                                                                *Address:* 231 W. Lafayette Boulevard
                                                           *City, State Zip:* Detroit, Michigan 48226

Notice of Lawsuit - *Clerk of Court copy*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

VAN JENKINS, 172475,

                          *Plaintiff*      Civil Action No. 19-10738

v.

PAM MUELLER, et al,                      Honorable Matthew F. Leitman

                          *Defendant*

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: TKC Holdings                        c/o Alex Chosid, 1250 Andres Blvd, St. Louis, MO 63132
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

    A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

    This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

    If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

    If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

    Please read the enclosed statement about the duty to avoid unnecessary expenses.

    I certify that this request is being sent to you on the date below.

Date: __AUG 11 2022__                                */s/ Kelly Honor*

                        *Printed name:* U.S. Marshal Service, Eastern District of Michigan
                               *Address:* 231 W. Lafayette Boulevard
                        *City, State Zip:* Detroit, Michigan 48226

Notice of Lawsuit - *Clerk of Court copy*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

VAN JENKINS, 172475,

                              *Plaintiff*      Civil Action No. 19-10738

v.

PAM MUELLER, et al,                              Honorable Matthew F. Leitman

                              *Defendant*

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Nick White                      320 North Hubbard Road, St. Louis, MI 48880

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

    A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

    This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

    If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

    If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

    Please read the enclosed statement about the duty to avoid unnecessary expenses.

    I certify that this request is being sent to you on the date below.

Date: AUG 11 2022                                *[signature: Kelly Honey]*

                                         *Printed name:* U.S. Marshal Service, Eastern District of Michigan
                                               *Address:* 231 W. Lafayette Boulevard
                                        *City, State Zip:* Detroit, Michigan 48226