United States District Court
Eastern District of Michigan

12

Van Jenkins #172475
Plaintiff,

vs,

Access Securepak Company
Pam Mueller
Michigan Department of Corrections
Defendants.

Case No 4:19-cv-10738

Judicial Officer:
David R. Grand
U.S. Magistrate Judge

FILED
AUG 0 5 2022
CLERK'S OFFICE
DETROIT

**Affidavit of Defendants' Work Address To Enable U.S. Marshal Service To Perform Service of Process And Request For Appointment of Counsel**

On the date of July 26, 2022 Plaintiff received from the Deputy Clerk Holly Ryan a Notice To provide correct Address For Defendants.

In U.S. District Judge Matthew F. Leitman's Order Granting In part Plaintiff's motion To Vacate or Reconsider And Granting Plaintiff's motion For Extension of Time dated December 20, 2019 page 5 of 8 bottom paragraph this court stated as follows: "The court has decided to allow Jenkins to file a John Doe complaint against the parties (1) who Jenkins believes violated his constitutional rights and (2) whose names Jenkins does not yet know. Plaintiff has herein made efforts to provide only the work addresses and the Attorney General's contact addresses whom represent the Defendants and request for an attorney be appointed by the Court to locate these Defendants and has attached Exhibits A and B to show the Defendants' Response to the Attorney General of St. Louis of Missouri's consumer complaint, see attached Exhibit A and B

In the U.S. District Judge Matthew F. Leitman's order Extending Time For service dated July 7, 2022 the court stated "In this action, Jenkins appears to allege that the Defendants retaliated against him and/or interfered with his prison mail in response to his filing certain complaints against them. The civil Rights Dept. documentation on this retaliation has been provided to this court and is on file.

Plaintiff moves pursuant to 28 U.S.C. 1915(e)(1) for an order appointing counsel to represent him in this case.

Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis

Plaintiff's imprisonment Retaliatory conditions and locating Defendants will greatly limit his ability to litigate.

The issues involved in this case are complex, and will require significant research and investigation. Plaintiff is limited access to the law library and limited knowledge of the law. Plaintiff must submit his two Exhibits where Retaliatory activities prevents him from getting copies made at the law Library and Request that the court have the clerk make copies of the attached Exhibits A and B and return the originals back to Plaintiff.

A trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross examine witnesses.

-2-

Wherefore, plaintiff request that the court appoint counsel a member of the Michigan Bar to represent him in this cause of action. The only Defendants' Address is their work address below and a copy of this Affidavit is being mailed to the attorney General that represents the Defendants' Addresses are as follows:

Mrs. Thompson
Law Librarian
Officer Eichorn
B. Robinson
Officer Udey
Parnall Correctional Facility
1790 East Parnall Road
Jackson, Mich. 49201-7132

Nick White
Central Michigan Correctional Facility
320 North Hubbard Road
St. Louis, Mich. 48880

Pam Mueller, Manager
Access Secure Pak Co.
1088 Lin Page Place
St. Louis, MO. 63132
Tel. (314)-301-3310

Dana Nessel, Attorney General & Andrea M. Christensen-Brown
Bar No. 1071776
P.O. Box 30217
Lansing, Mich. 48909
Tel. (517)-335-7650
Fax (517)-335-7653

B. Trowbridge
Law Librarian
P.L. Foster
Law Librarian
Officer Grosebeck
J. Perry, AFSD
Andrew Johnson
G. Hissong
K. Roark
Officer Burci
Hearing Officer Edmond
Officer Miller
Officer Broich
Officer Vore
Gus Harrison Correctional Facility
2727 East Beecher Street
Adrian, Mich. 49221

Alex Chosid
Assistant Counsel
TKC Holdings
1260 Andes Boulevard
St. Louis, MO. 63132
Tel. 214-2806
Michigan Dept. of Corrections
Employees' Records
206 East Michigan Avenue
P.O. Box 30003
Lansing, Mich. 48933

-3-

Affiant, Van Jenkins being duly sworn and deposed pursuant to the statutory Notary provisions of 28 U.S.C. 1746 that the facts contain in the Motion herein is true, correct, complete in part, and not meant to mislead to the best of my knowledge and belief as I state under penalty of perjury and that copies of this Affidavit and Appoint of counsel has or is being served on the Defendants' Attorney General or representative.

Further Affiant sayeth Not. . . . . . . . .

7/3/2022
Date

_Van Jenkins_
Affiant's Signature 28 U.S.C. 1746

-4-

# EXHIBIT A

# Consumer Complaint Form

## Missouri Attorney General Josh Hawley

ago.mo.gov
573-751-3321

If you would like to file a consumer complaint, please complete and mail this form to:
Missouri Attorney General Josh Hawley • Consumer Protection Unit • P.O. Box 899 • Jefferson City, MO 65102

## Information About Consumer

YOUR NAME: Van (First) Jenkins Reg. No. 172475 (Last) ___ (Mi)

ADDRESS: 320 North Hubbard Street (Street), St. Louis (City), Mich. (State), 48888 (Zip), Gratiot (County)

E-MAIL: ___

PRIMARY PHONE NO.: ( ) ___-___

SECONDARY PHONE NO.: ( ) ___-___

ARE YOU 60 OR OVER? ○ Yes ○ No
ARE YOU DISABLED? ⦿ Yes ○ No
ARE YOU A VETERAN? ○ Yes ○ No

## Information About Complaint

BUSINESS NAME: Access Securepak company

DATE OF TRANSACTION/PURCHASE: 08/29/2018 (MM/DD/YYYY)

AMOUNT PAID: $86.93

BRIEFLY DESCRIBE YOUR COMPLAINT: (See the Amended complaint attached) On the date of 8/29/2018 a Friend under or named under the unconscionable purchase contract Number: 12272126 made the store order Items online-WEB for a total of $86.93 the Friends & Family Package Program Order was processed according to the attached Policy-PD.04.02.135, authority for this program is M.C.L. 791.203 & 204 Where this Policy defines what constitute Family but not what constitute Friends, so the Webster Dictionary definition is one who supports another. The clause of this Policy

(Two separate address for this company)
3601 New Town Blvd.  saint charles,  MO. 63301

ADDRESS: 10880 Linpage Place (Street), St. Louis (City), Mo. (State), 63132 (Zip), ? (County)

BUSINESS PHONE NO.: 1-(800) 546-6283
BUSINESS FAX NO.: 1-(866) 754-2813

FINANCIAL LOSS? ⦿ Yes ○ No
IS CONTRACT SIGNED? ⦿ Yes ○ No

E-MAIL: ___
WEBSITE: Michiganpackages.com
CONTACT NAME: ___
CONTACT TITLE: Director

Modified April 2017

# Consumer Complaint No. CC-2018-10-003261 Details

## Consumer Information

| | |
|---|---|
| Name: | Van Jenkins # 172475 |
| Address: | 320 North Hubbard St<br>St. Louis, MI 48880 |
| Primary Phone: | |
| Secondary Phone: | |
| Email: | |

## Business Information

| | |
|---|---|
| Business Name: | Access Securepak Company |
| Address: | 10880 Linpage Pl.<br>St. Louis, MO 63132 |
| Phone: | 8005466283 |
| Fax: | |
| Email: | |
| Website: | michiganpackages.com |
| Contact Person: | |

## Complaint Information

| | |
|---|---|
| Complaint Number: | CC-2018-10-003261 |
| Consumer Info: | Over Age 60 No; Disabled: Yes; Veteran: No |
| Category: | Other - No Jurisdiction |
| Transaction Date: | 8/29/2018 |
| Financial Loss: | Yes; Sales Method: In Person; Payment Method: Credit Card; Amt Paid: 86.93 |
| Contract Signed: | Yes; Contract Location: St. Louis; Contract Date: 8/29/2018; Copy of Contract: No |

**Brief description of complaint:**

Consumer states, on the sate of 8/29/18 a friend under or named under the unconscionable purchase contract number 12272126 made the store order items online-web for a total of $86.93 the friends and family package program order was processed according to the attached policy PD 04.02.135, authority for this program is M.C.L.791.203 & 204 where this policy defines what constitute family but not what constitute friends, so the website dictionary definition is one who supports another. See attached complaint for more details.

**Consumer has indicated that the following statements apply to this complaint:**

- Consumer has taken these action(s): - Sent letter to business - Other:
- Consumer has contacted agencies: - Better Business Bureau
- Consumer would like complaint resolved via: - Deliver product - Investigate business - Other:

Printed 10/9/2018

## Dougherty, Zachary

**From:** Mueller, Pam <pmueller@keefegroup.com>
**Sent:** Thursday, December 06, 2018 2:40 PM
**To:** Dougherty, Zachary
**Cc:** Mueller, Pam
**Subject:** Complaint #CC-2018-10-003261

Mr. Dougherty –

After reviewing the Attorney General complaint submitted by Van Jenkins #172475, the only part that pertains to Access Securepak is the package order concern. I will address that part of the complaint and all of the other parts regarding medical issues, food service, etc. will have to be researched by a different company. The package order for $86.93 was placed on 8/29/18. On 9/7/18, the order was returned back to our company with no reason given from the facility. The return was processed on 9/13/18 and on 9/14/18 a refund was issued to the package sender's credit card. See timeline below.

| Date | | | |
|---|---|---|---|
| 08/29/2018 | 10992179 | 12272126 | Michigan DOC Friends & Family Package Program 21928 - Central Michigan Correctional Facility (SPF |
| 09/14/2018 | 1394268 | 12272126-CRD1f6f | Michigan DOC Friends & Family Package Program 21928 - Central Michigan Correctional Facility (SPF |
| 09/13/2018 | 1393246 | 12272126-RETd25b | Michigan DOC Friends & Family Package Program 21928 - Central Michigan Correctional Facility (SPF |

Please review the information and contact me with any questions.

Thanks,

Pam Mueller | Customer Service Manager | Keefe Group – Access Call Center | 10880 Lin Page Place, St. Louis, MO 63132 | **314.301.3310** | pmueller@keefegroup.com

1

# EXHIBIT B

## CP_Email1, CP_Email1 (AG)

**From:** Alex Chosid <Alex.Chosid@tkcholdings.com>
**Sent:** Thursday, January 21, 2021 5:29 PM
**To:** CP_Email1, CP_Email1 (AG)
**Subject:** Van Jenkins: AG 2020-0305717-A

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

We are in receipt of your correspondence dated January 7, 2021, regarding inmate Van Jenkins' allegations that we have "refused to comply to court orders" regarding discovery. This is not an accurate representation of the situation.

Access Securepak is a Defendant to the suit referenced in Jenkins' letter, though the Court has not screened the Second Amended Complaint and has not issued waivers of service to any defendant at this time. For this reason, Access will not comment on the merits of a pending suit against it.

It is clear, however, that Plaintiff's claims that Access failed to respond to discovery requests is incorrect. Plaintiff filed Case No. 4:19-cv-10738-MFL-PTM on March 12, 2019. The Court dismissed his case at the screening phase on September 12, 2019, Ordering him to allege sufficient facts to bring a Complaint against the Defendants. After a request for an extension, the Court allowed Jenkins to conduct limited discovery to discern the identities of individuals involved with his claim until April 17, 2020, to allow him to file a Second Amended Complaint that complies with Federal requirements. Plaintiff filed a Second Amended Complaint on May 15, 2020, and took no further action regarding his allegations until he wrote Access again, received January 8, 2021, requesting discovery information pursuant to a Court Order which expired nearly a year ago.
Access has no requirement to respond to his out of time request. Please do not hesitate to contact me with any questions. Thank you for your time and professional courtesies.

**Alex Chosid**
Assistant Counsel



HOLDINGS
1260 Andes Boulevard | St. Louis, MO 63132
Phone: 314-214-2806 | Fax: 314-214-2794
Alex.Chosid@TKCHoldings.com

IMPORTANT: The contents of this email and any attachments are intended solely for the use of the named addressee(s) and may contain confidential and/or privileged information. Any unauthorized use, copying, disclosure or distribution of the contents of this email is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and delete this email immediately

1

Van Jenkins
Reg. No. 172475
2727 East Beecher Road
Adrian, Mich. 49221

David R. Grand        7/31/2022
U.S. Magistrate Judge
U.S. District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 West Lafayette Blvd.
Detroit, Mich. 48226

RE: Jenkins v. Access Secure Pak Company,
    Case No. 4:19-CV-10738

Your Honor,
   I've enclosed for processing my Affidavit And Request for Appointment of Counsel Pleading. On the date of July 26, 2022 the Deputy Clerk Holly Ryan sent me the Plaintiff a notice to provide correct address for the Defendants. I was order to address in the Amended Complaint John Does upon finding it difficult to name the Defendants.
   The enclosed Pleading explains my position in this matter and this requires an attorney to be appointed to locate and identify these Defendants involved. I have notified the Attorney General concerning this matter. Please appoint an attorney.
   Sincerely
   Van Jenkins    cc file/enclosures: Affidavit

Prisoner Name: _Jenkins_
Prisoner Number: 173479
(X) GUS HARRISON CORRECTIONAL FACILITY
( ) PARR HIGHWAY CORRECTIONAL FACILITY
2727 E. Beecher St.
Adrian, MI 49221

RECEIVED
AUG - 5 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

David R. Grand
U.S. Magistrate Judge
U.S. District Court
Eastern District of Michigan
Theodore Levin, U.S. courthouse
231 West Lafayette Blvd.
Detroit, Mich. 48226

US POSTAGE — PITNEY BOWES
ZIP 49221
02 4W
0000385939 AUG 01 2022
$ 000.81⁰

METROPLEX MI 480
2 AUG 2022 PM 1 L

U.S. MARSHALS 8/1/22

48226-279426