UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Van Jenkins,

                Plaintiff(s),

v.                                       Case No. 4:19-cv-10738-MFL-PTM
                                               Hon. Matthew F. Leitman

Access Securepak Company, et al.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Patricia T. Morris for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

                                                     s/Matthew F. Leitman
                                                     Matthew F. Leitman
                                                     United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                   s/Holly A Ryan
                                                  Case Manager

Dated:  August 18, 2022