UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VAN JENKINS,

        Plaintiff,                Civil No. 19-cv-10738

v.                                     Hon. Matthew F. Leitman

ACCESS SECUREPAK, CO., *et al.*,

        Defendants.

_____/

## ORDER DISMISSING ACTION WITHOUT PREJUDICE
## DUE TO PLAINTIFF'S FAILURE TO PAY REQUIRED FILING FEE

Plaintiff Van Jenkins is a former state inmate who at all relevant times was in the custody of the Michigan Department of Corrections. In this action, Jenkins appears to allege that the Defendants retaliated against him and/or interfered with his prison mail in response to his filing certain complaints against them. (*See* Sec. Am. Compl., ECF No. 29.) Shortly after Jenkins filed this action, the Court issued an order allowing him to proceed *in forma pauperis*. (*See* Order, ECF No. 5.) That order allowed Jenkins to proceed in this action without first paying, in full, the required filing fee. (*See id.*)

In a written order dated January 17, 2023, the Court explained that the *in forma pauperis* order was entered in error. (*See* Order, ECF No. 72.) Accordingly, the Court directed Jenkins, by no later than February 20, 2023, to "pay the filing fee

1

for this case" in full. (*See id.*, PageID.802.)   The Court then warned Jenkins that if he failed to pay the fee by that date, "the Court [would] dismiss this action." (*Id.*)

Jenkins has not paid the required filing fee as directed.   Nor has he contacted the Court to ask for additional time to pay the fee or responded to the Court's January 17 order in any other way.   Thus, due to Jenkins' failure to comply with the Court's January 17 order and pay the required filing fee, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 20, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 20, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126