UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VAN JENKINS,

      Plaintiff,

v.

      Civil No. 19-cv-10738
      Hon. Matthew F. Leitman

ACCESS SECUREPAK, CO., et al.,

      Defendants.

_____/

## JUDGMENT

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**.

      KINIKIA ESSIX
      CLERK OF COURT

      By:   s/Holly A. Ryan
            Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: March 20, 2023
Detroit, Michigan

1